IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| BETTY B. FULLER | § |
| | § |
| v. | § CIVIL NO: 5:06CV91 |
| | § JUDGE WARD |
| | § |
| ROBERT GATES, Secretary of Defense | § |
| | § |

**ORDER GRANTING DEFENDANT ROBERT GATES' UNOPPOSED MOTION**

**TO EXTEND EXPERT WITNESS DEADLINES**

On this day came on to be considered Defendant Robert Gates' Unopposed Motion to Extend Expert Witness Deadlines.  After careful consideration the Court is of the opinion that the motion is meritorious and should be granted.  It is therefore

ORDERED that Defendant Robert Gates' Unopposed Motion to Extend Expert Witness Deadlines is GRANTED.  It is further

ORDERED that the Docket Control Order in this case (Docket No. 17) is hereby AMENDED as follows:  the deadline for the Plaintiff to designate expert witnesses in this case and to provide expert witness reports and information in accordance with local rules and the Amended Scheduling Order requirements is now June 1, 2007; the deadline for the Defendant to designate expert witnesses in this case and to provide expert witness reports and information in accordance with local rules and the Amended Scheduling Order requirements is now June 15, 2007; and the parties are allowed to up to and including July 10, 2007 to take expert witness depositions in this case.  All other provisions of the Docket Control Order and the Amended Scheduling Order remain unaffected by this order.

SIGNED this  5th  day of April, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE